IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.                              CASE NUMBER:3:11-cr-00303-01 (GAG)

JOSE RIVERA

* * * * * * * * * * * * * * * * * * * * * * * * *

### INFORMATIVE MOTION

TO THE HONORABLE GUSTAVO A. GELPI
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

    **COMES NOW,** Gabriel Feliciano, U.S. Probation Officer of this Honorable Court, and respectfully informing that on April 24, 2013, the U.S. Probation Office received a call from offender's mother notifying us that Mr. Rivera was murdered on April 9, 2013 in Caguas, Puerto Rico.

    **WHEREFORE**, the undersigned respectfully is notifying that this is case is being closed.

    In San Juan, Puerto Rico, this day 3rd day of May 2013.

                                  Respectfully submitted,

                                  EUSTAQUIO BABILONIA, CHIEF
                                  U.S. PROBATION OFFICER

                                  **s/ Gabriel Feliciano**
                                  Federal Office Building
                                  Office 400
                                  150 Carlos Chardón Ave.
                                  San Juan, P.R. 00918-1741
                                  (787)766-5818; (787)766-5596
                                  Gabriel_Feliciano@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on **May 3rd , 2013,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jose A. Ruiz-Santiago, Assistant U.S. Attorney, and the Federal Public Defender's Office.

In San Juan, Puerto Rico, this **3rd day of March 2013.**

<u>s/ Gabriel Feliciano</u>
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)766-5818
(787)766-5596
<u>Gabriel_Feliciano@prp.uscourts.gov</u>

GF